# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

SHARON E. ADKINS,

    Plaintiff,

v.                                                                                         CASE NO. 1:11cv9-MP-GRJ

MICHAEL J. ASTRUE,

    Defendant.

_____/

# O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated January 9, 2012. (Doc. 18). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The decision of the Commissioner of Social Security, denying plaintiff's applications for a period of disability, disability insurance benefits, and supplemental security income benefits, is AFFIRMED.

**DONE and ORDERED** this 23rd day of February, 2012.

                                                       *s/ M. Casey Rodgers*
                                                       **M. CASEY RODGERS**
                                                       **CHIEF UNITED STATES DISTRICT JUDGE**